# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                                         PLAINTIFF

V.                    CASE NO. 1:15-CV-99-KGB-BD

LETILLA MARIA CLARK, et al.                                  DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**    **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Court Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion:**

On September 11, 2015, Plaintiff Chandra Lyons, an Arkansas Department of Correction ("ADC") inmate, filed this action under 42 U.S.C. § 1983. (Docket entry #1) Because of her litigation history, Ms. Lyons is not eligible for *in forma pauperis* status in federal court absent an allegation that she is in imminent danger of serious physical

injury.[1]  Here, Ms. Lyons did not plead facts alleging that she was in imminent danger of serious physical injury.  (#1)

The Court allowed Ms. Lyons thirty days to pay the $400 filing fee required for her to proceed with this lawsuit.  The Court specifically cautioned Ms. Lyons that if she did not pay the filing fee, her claims could be dismissed, without prejudice.  (#2)  To date, Ms. Lyons has not paid the filing fee, as required in the Court's September 16, 2015 Order, and the time for doing so has passed.

### III.     Conclusion:

The Court recommends that Ms. Lyons's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's September 16, 2015 Order requiring her to pay the filing fee.

DATED this 23rd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Ms. Lyons for purposes of determining eligibility for IFP status: *Lyons et al. v. McDonald et al.*, E.D. Ark. Case No. 5:96cv00369 (dismissed March 31, 1997); *Lyons v. Anderson*, E.D. Ark. Case No. 5:96cv00463 (dismissed November 19, 1996); *Lyons v. Thompson*, E.D. Ark. Case No. 5:96cv00547 (dismissed January 22, 1997).