**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHANDRA LYONS,
ADC #704518                                                                                    PLAINTIFF

v.                              Case No. 1:15-cv-0099-KGB-BD

LETILLA MARIA CLARK, *et al.*                                                       DEFENDANTS

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 3). No timely objections to the Recommendation have been filed. To the extent plaintiff Chandra Lyons's filings can be construed as objections, the Court has considered the Recommendation, these filings, and reviewed the record *de novo*. Based on this review, the Recommendation is approved and adopted in all respects.

This Court writes separately to address Ms. Lyon's request that this Court freeze all of her cases until 2016 (Dkt. No. 9, at 2). To the extent that Ms. Lyons is requesting a continuance of this case, there are no current or pending deadlines to be continued. Moreover, Ms. Lyons failed to pay timely the filing fee in this case, despite being instructed to do so within 30 days (Dkt. No. 2). Ms. Lyons has not challenged this Court's Order directing her to pay the filing fee. Ms. Lyons has filed several documents containing affidavits and other communications to this Court, but none of those documents appear to address the Recommendation or her failure to pay the filing fee in this case (Dkt. Nos. 4–11). Therefore, this Court dismisses her claims and denies her motion to continue her case.

The Court dismisses without prejudice Ms. Lyons's claims.

It is so ordered this 5th day of May, 2016.

_____
Kristine G. Baker
United States District Court Judge