IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS**
**ADC #704518**                                                                                          **PLAINTIFF**

v.                         Case No. 1:15-cv-99-KGB-BD

**LETILLA MARIA CLARK, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

It is so adjudged this 5th day of May, 2016.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Court Judge